**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

CHRISTOPHER B KIMMONS                                                                    PETITIONER
Reg. #11762-028

v.                                          4:22-cv-00864-BRW-JJV

JOHN P. YATES
Warden, Federal Correctional Institution – Forrest City                         RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition

should be, and hereby are, approved and adopted in their entirety as this Court's findings in all

respects.

IT IS, THEREFORE, ORDERED that:

1.      Mr. Kimmons' § 2241 Petition for Writ of Habeas Corpus (Doc. No. 1) is

DISMISSED with prejudice.

2.      A certificate of appealability will not issue.

Dated this 3rd day of February, 2023.


                                        BILLY ROY WILSON
                                        BILLY ROY WILSON
                                        UNITED STATES DISTRICT JUDGE